**Fill in this information to identify the case:**

Debtor 1     Edward L. Carney

Debtor 2     Loretta Hodnett Carney
            (Spouse, if filing)

United States Bankruptcy Court for the Western District of Louisiana
                                                 (State)

Case number: 19-31024

Official Form 410S1

# Notice of Mortgage Payment Change     12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1

**Name of Creditor:** ASSURANCE FINANCIAL GROUP LLC     **Court Claim No.** (if known): 8

**Last four digits** of any number you use to identify the debtor's account: 1637

**Date of Payment Change:** April 1, 2024
Must be at least 21 days after date of this notice.

**New total payment:** $709.70
Principal, interest, and escrow, if any

## Part 1: Escrow Account Payment Adjustment

**Will there be a change in the debtor's escrow account payment?**

☐ No.
☒ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

**Current escrow payment:** $224.80     **New escrow payment:** $293.86

## Part 2: Mortgage Payment Adjustment

**Will the debtor's principal and interest payment change based on an adjustment to the interest rate in the debtor's variable-rate account?**

☒ No.
☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

**Current interest rate:**     **New interest rate:**

**Current principal and interest payment:**     **New principal and interest payment:**

## Part 3: Other Payment Change

**Will there be a change in the debtor's mortgage payment for a reason not listed above?**

☒ No
☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.
*(Court approval may be required before the payment change can take effect.)*
Reason for change: _____

**Current mortgage payment:**     **New mortgage payment:**

| Debtor 1 | Edward L. Carney | | | Case number: 19-31024 |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Part 4: Sign Here

The person completing this notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

Check the appropriate box

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.**

X  */s/Remy F. Symons*  
   Signature

Date: 2/1/2024

**Print:** Remy F. Symons 34553  
   First Name    Middle Name    Last Name

Title: Attorney

Company: LOGS Legal Group LLP

Address: 3510 N. Causeway Blvd., Suite 600  
   Number    Street

Metairie, LA 70002  
City    State    ZIP Code

Contact phone: (504) 831-7726

Email: logsecf@logs.com

## Certificate of Service

I hereby certify that a copy of the foregoing Response to Notice of Mortgage Payment Change was served on the parties listed below by postage prepaid U.S. Mail, First Class or served electronically through the Court's ECF System at the e-mail address registered with the Court on this Date:

Date:  2/1/2024

Chapter 13 Trustee:  E. Eugene Hastings

Trustee Address:  PO Box 14839, Monroe, LA 71207

Trustee Email:  ecftr@ch13monroe.com

U.S. Trustee

USTPRegion05.SH.ECF@usdoj.gov

Counsel's Name:  Elijah Orum Young, III, E. Orum Young Law, LLC

Counsel's Address:  200 Washington St., Monroe, LA 71201

Counsel's Email: ecf@eorumyoung.com

Debtor's Name:  Edward L. Carney

Debtor's Mailing Address: 124 Moffett Dr., Jonesboro, LA 71251

Debtor's Name:  Loretta Hodnett Carney, fka Loretta Ann Horton fka Loretta Ann Hodnett

Debtor's Mailing Address: 124 Moffett Dr., Jonesboro, LA 71251

*/s/Remy F. Symons*

Remy F. Symons 34553
LOGS Legal Group LLP
3510 N. Causeway Blvd., Suite 600
Metairie, LA 70002
(504) 831-7726 / logsecf@logs.com
19-022926

Assurance Financial
1 Corporate Drive, Suite 360
Lake Zurich, IL 60047-8945

**ANTICIPATED ESCROW ACCOUNT DISBURSEMENTS**

| | |
|---|---:|
| MORTGAGE INS | $384.88 |
| HAZARD INS | $1,842.91 |
| COUNTY TAX | $306.78 |
| CITY TAX | $177.89 |
| Total | $2,712.46 |

**ANNUAL ESCROW ACCOUNT DISCLOSURE STATEMENT AND CHANGE OF PAYMENT NOTICE PREPARED FOR**
**ACCOUNT NUMBER:**
**ESCROW ANALYSIS DATE: 01/16/2024**

Loretta Hodnett Carney
Edward Lamar Carney
124 Moffett Dr
Jonesboro, LA 71251-3016

**NEW PAYMENT IS AS FOLLOWS:**

| | |
|---|---:|
| Principal and Interest | $415.84 |
| Required Escrow Payment | $226.04 |
| Shortage/Surplus Spread | $67.82 |
| Optional Coverages | |
| Buydown or Assistance Payments | |
| Other | |
| **Total Payment** | **$709.70** |
| **New Payment Effective Date:** | **04/01/2024** |

Assurance Financial has completed an analysis of your escrow account, and has adjusted your mortgage payment to reflect changes in your real estate taxes or property insurance. The escrow items to be disbursed from your account over the next twelve months are itemized above.

### ESCROW ACCOUNT PROJECTION FOR THE COMING YEAR

The following estimate of activity in your escrow account from 04/2024 through 03/2025 is provided for your information. All payments we anticipate receiving as well as disbursements we anticipate making on your behalf are included, along with the Projected Escrow Account Balance, derived by carrying forward your current actual escrow balance. The Required Escrow Account balance displays the amount actually required to be on hand as specified by Federal law, State law and your mortgage documents, and may include a cushion of up to 1/6th of your Annual Disbursements. Please retain this statement for comparison with the actual activity in your account at the end of the next escrow account computation year.

| MONTH | PAYMENTS TO ESCROW ACCOUNT | PAYMENTS FROM ESCROW ACCOUNT | | | | | ESCROW ACCOUNT BALANCE | |
|---|---:|---:|---:|---:|---:|---:|---:|---:|
| | | MIP/PMI | TAXES | FLOOD | HAZ. INS. | SPECIAL | PROJECTED | REQUIRED |
| STARTING BAL | | | | | | | $724.75 | $1,549.67 |
| APR | $226.04 | | | | | | $950.79 | $1,775.71 |
| MAY | $226.04 | | | | | | $1,176.83 | $2,001.75 |
| JUN | $226.04 | | | | | | $1,402.87 | $2,227.79 |
| JUL | $226.04 | | | | | | $1,628.91 | $2,453.83 |
| AUG | $226.04 | $384.88 | | | $1,842.91 | | $372.84- | $452.08 * |
| SEP | $226.04 | | | | | | $146.80- | $678.12 |
| OCT | $226.04 | | | | | | $79.24 | $904.16 |
| NOV | $226.04 | | | | | | $305.28 | $1,130.20 |
| DEC | $226.04 | | $484.67 | | | | $46.65 | $871.57 |
| JAN | $226.04 | | | | | | $272.69 | $1,097.61 |
| FEB | $226.04 | | | | | | $498.73 | $1,323.65 |
| MAR | $226.04 | | | | | | $724.77 | $1,549.69 |
| Total | | $384.88 | $484.67 | | $1,842.91 | | | |

*Indicates your projected low point of $372.84-. Your required reserve balance is $452.08. The difference between the projected low point and required reserve balance is $813.79. This is your shortage. Your escrow shortage has been spread over a 12 month period, which may result in an increase in your payment.

If you have questions regarding this analysis, please write our Customer Service Department at Assurance Financial, 1 Corporate Drive, Suite 360, Lake Zurich, IL 60047-8945 or call toll free 1-855-731-7253, Monday through Friday, 8:00 am to 5:00 pm, CST.

**THIS DOCUMENT IS AN ATTEMPT TO COLLECT A DEBT, AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE. IF YOU ARE IN BANKRUPTCY OR HAVE BEEN DISCHARGED IN BANKRUPTCY, THIS LETTER IS FOR INFORMATIONAL PURPOSES ONLY AND DOES NOT CONSTITUTE A DEMAND FOR PAYMENT IN VIOLATION OF THE AUTOMATIC STAY OR THE DISCHARGE INJUNCTION OR AN ATTEMPT TO RECOVER ALL OR ANY PORTION OF THE DEBT FROM YOU PERSONALLY.**

## ANNUAL ESCROW ACCOUNT DISCLOSURE STATEMENT - ACCOUNT HISTORY

**Account Number:** ▮▮▮▮▮▮▮▮                    **Name:** Loretta Hodnett Carney

**This is a statement of actual activity in your escrow account from 04/2023 through 03/2024. Last year's projections are next to the actual activity. Your mortgage payment for the past year was $640.64 of which $415.84 was for principal and interest and $224.80 went into your escrow account. An asterisk(*) indicates a difference from a previous estimate either in the date or the amount. A 'Y' indicates a projected disbursement or payment.**

| MONTH | PAYMENTS TO ESC. ACCT. PROJECTED | PAYMENTS TO ESC. ACCT. ACTUAL | PAYMENTS FROM ESC. ACCT. PROJECTED | PAYMENTS FROM ESC. ACCT. ACTUAL | DESCRIPTION | ESCROW BAL. PROJECTED | COMPARISON ACTUAL |
|---|---|---|---|---|---|---|---|
| STARTING BAL |  |  |  |  |  | $1,200.90 | $739.61 |
| APR | $187.29 | $224.80 * |  |  |  | $1,388.19 | $964.41 |
| MAY | $187.29 | $224.80 * |  |  |  | $1,575.48 | $1,189.21 |
| JUN | $187.29 | $224.80 * |  |  |  | $1,762.77 | $1,414.01 |
| JUL | $187.29 | $224.80 * |  |  |  | $1,950.06 | $1,638.81 |
| AUG | $187.29 | * | $394.71 | $384.88 * | RHS ANNUAL F | $1,742.64 | $1,253.93 |
| AUG |  |  | $1,368.06 | $1,842.91 * | HOME INS | $374.58 | $588.98- |
| SEP | $187.29 | $224.80 * |  |  |  | $561.87 | $364.18- |
| OCT | $187.29 | $224.80 * |  |  |  | $749.16 | $139.38- |
| NOV | $187.29 | $224.80 * |  |  |  | $936.45 | $85.42 |
| DEC | $187.29 | $224.80 * | $306.84 | $306.78 * | COUNTY TAX | $816.90 | $3.44 |
| DEC |  |  | $177.89 | $177.89 | CITY TAX | $639.01 | $174.45- |
| JAN | $187.29 | $449.60 *Y |  |  |  | $826.30 | $275.15 |
| FEB | $187.29 | $224.80 *Y |  |  |  | $1,013.59 | $499.95 |
| MAR | $187.29 | $224.80 *Y |  |  |  | $1,200.88 | $724.75 |
| Total | $2,247.48 | $2,697.60 | $2,247.50 | $2,712.46 |  |  |  |

**OVER THIS PERIOD, AN ADDITIONAL $0.00 WAS DEPOSITED INTO YOUR ESCROW ACCOUNT FOR INTEREST ON ESCROW.**

**Last year, we anticipated that payments from your escrow account would be made during this period equaling $2,247.50. Under Federal Law, your lowest balance should not have exceeded $374.58 or 1/6TH of anticipated payments from the account, unless your mortgage contract or state law specified a lower amount. Under your mortgage contract and/or state law, your lowest balance should not have exceeded $374.58.**